```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03768
   RICHARD CARRILLO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2519

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/07/2006 and was confirmed 06/19/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 07/16/2007.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
 AMERICREDIT FINANCIAL SE  SECURED            6000.00          340.65         1478.13
 AMERICREDIT FINANCIAL SE  UNSEC W/INTER      5231.68             .00             .00
 CAPITAL ONE               UNSEC W/INTER       781.14             .00             .00
 CAPITAL ONE               NOTICE ONLY     NOT FILED             .00             .00
 CAPITAL ONE               NOTICE ONLY     NOT FILED             .00             .00
 JEFFERSON CAPITAL         UNSEC W/INTER   NOT FILED             .00             .00
 LITTLE CO MARY HOSPITAL   UNSEC W/INTER   NOT FILED             .00             .00
 METROPOLITAN ADVANCE RAD  UNSEC W/INTER   NOT FILED             .00             .00
 JOSEPH WROBEL             DEBTOR ATTY        2,000.00                         120.04
 TOM VAUGHN                TRUSTEE                                             101.18
 DEBTOR REFUND             REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE             2,040.00

 PRIORITY                                            .00
 SECURED                                        1,478.13
    INTEREST                                      340.65
 UNSECURED                                           .00
 ADMINISTRATIVE                                   120.04
 TRUSTEE COMPENSATION                             101.18
 DEBTOR REFUND                                       .00
                    ---------------        ---------------
 TOTALS               2,040.00                  2,040.00



             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 03768 RICHARD CARRILLO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE